WASHINGTON CIRCUIT                                Case No.:CL23001531-00

DOE, JOHN                          vs.            EMORY AND HENRY COLLEGE

| TABLE OF CONTENTS | | |
|---|---|---|
| Document Index | Date Filed | Page |
| **Manuscripts:** | | |
| LETTER | 07/31/2023 | 1 - 2 |
| COMPLAINT | 07/31/2023 | 3 - 38 |
| NOTICE | 08/28/2023 | 39 - 40 |
| NOTICE | 08/28/2023 | 41 - 42 |
| NOTICE | 08/28/2023 | 43 - 44 |
| ORDER - FROM FEDERAL ORDER | 09/05/2023 | 45 - 47 |
| **Exhibits:** | | |
| EXHIBITS | 08/28/2023 | 48 - 93 |
| EXHIBITS | 08/28/2023 | 94 - 139 |

I, Tricia S. Moore, Clerk of the Washington Circuit, certify that the contents of the record listed in the table of contents constitute the true and complete record, except for exhibits whose omission are noted in the table of contents.