IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Abingdon Division

| | |
|---|---|
| **JOHN DOE**, <br><br> Plaintiff, <br><br> v. <br><br> **EMORY & HENRY COLLEGE**, <br><br> Defendants. | Case No. 1:23-cv-00028-RSB |

JOINT STIPULATION OF SETTLEMENT AND
DISMISSAL OF CLAIMS AGAINST DEFENDANT

The Parties, by and through undersigned counsel, notice this court that a settlement was reached on November 28, 2023. Pursuant to Fed. R. Civ. P. 41(a)(1)(a)(ii), the Parties hereby stipulate and request that this court dismiss Plaintiff's claims against Defendant Emory & Henry College with prejudice.

Dated: December 4, 2023

Respectfully submitted,

/s/ *Mary Elizabeth Davis*
Mary Elizabeth Davis (VSB No. 41908)
WHITEFORD, TAYLOR, & PRESTON, L.L.P.
Two James Center 1021 E. Cary Street, Suite 1700 Richmond, Virginia 23219
Telephone: (804) 799-7864
Facsimile: (804) 977-3294
E-mail: bdavis@whitefordlaw.com

*Counsel for Defendant Emory & Henry College*

/s/ *Benjamin F. North*
Benjamin F. North (VSB No. 97439)
Lindsay R. McKasson (VSB No. 96074)
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Telephone: (703) 888-1943
Facsimile: (703) 888-1930
Email: ben@binnall.com
lindsay@binnall.com

*Counsel for Plaintiff John Doe*

## CERTIFICATE OF SERVICE

I certify that on December 4, 2023, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

/s/ *Benjamin F. North*
Benjamin F. North (VSB No. 97439)

*Counsel for Plaintiff John Doe*