IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| **JOHN DOE,** | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:23-cv-00028 |
| **EMORY & HENRY COLLEGE,** | ) |
| Defendant. | ) |

### ORDER

This matter comes before the Court on the parties' agreed Stipulation of Settlement and Dismissal. Dkt. 15. Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby **ORDERED** that the action against Emory & Henry College is dismissed by stipulation, with prejudice.

This matter is **STRICKEN** from the active docket of the Court.

Entered:  December 11, 2023

*Robert S. Ballou*

Robert S. Ballou
United States District Judge